IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

MATTHEW T. DENHOLM, and
NATIONAL LABOR RELATIONS BOARD,

              Plaintiffs,

v.                                       CIVIL ACTION NO.   2:20-cv-00608

AWP, INC.,

              Defendant.

**ORDER**

The Court has reviewed the *Stipulation to Dismiss Without Prejudice Case Under Section 10(j) of the National Labor Relations Act, As Amended [29 U.S.C. Section 160(j)]* (Document 21), wherein the parties state that they have entered into a settlement agreement and seek voluntary dismissal of the petition for preliminary injunction, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

For good cause shown, the Court **ORDERS** that the *Petition for Preliminary Injunction Under Section 10(j) of the National Labor Relations Act as Amended* (Document 1) be **DISMISSED WITHOUT PREJUDICE**, that this case be **STRICKEN** from the docket of the Court, and that all pending motions be **TERMINATED** as moot.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.        ENTER:       October 13, 2020

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA